# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE NORTHERN DISTRICT OF FIORIDA

Samuel Roy Abram
- v -

United States of America

RELEASE OF LIEN ON REAL PROPERTY
ARTICLE 1
Administrative Habeas Corpus

3:04LR90/LAC

Whereas <u>SAMUEL ROY ABRAM</u>, of <u>1977 - 18309/MARYLAND</u>, by a bond
(Name)                                    (Place of Residence)

for the performance of U.S. Government Contract Number <u>592 - 48 - 1505</u>,

became a surety for the complete and successful performance of said contract, which bond includes a lien upon certain real property further described hereafter, and

Whereas said surety established the said lien upon the following property

SEE OPTIONAL FORM 91 RELEASE OF PERSONAL PROPERTY FROM ESCROW (Attached)
SEE STANDARD FORM 28 AFFIDAVIT OF INDIVIDUAL SURETY (Attached)
SEE CRIMINAL CASE # 3:04-CR-00090-LC

and recorded this pledge on <u>Inmate # 11398-002 / CASE #3:04-CR-00090-LC</u>
                                       (Name of Land Records)

in the <u>Coleman United States Penitentiary 2</u> of <u>FLORIDA</u>,
          (Locality)                                      (State)

and

Whereas, I, <u>Samuel Roy Abram</u>, being a duly

authorized representative of the United States Government as a warranted contracting officer, have determined that the lien is no longer required to ensure further performance of the said Government contract or satisfaction of claims arising therefrom, "See Attachments"

and

Whereas the surety remains liable to the United States Government for continued performance of the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases the aforementioned line.

[Date] November 11, 2011

[Signature] Samuel Roy Abram
Seal

AUTHORIZED FOR LOCAL REPRODUCTION

OPTIONAL FORM 90 (REV. 1-90)
Prescribed by GSA-FAR (48CFR) 53.228 (n)

Filed1222*11UsDcFln3PM0132

## RELEASE OF PERSONAL PROPERTY FROM ESCROW

Whereas  SAMUEL ROY ABRAM , of  1977- 18309 /MARYLAND , by a bond
(Name)     (Place of Residence)

for the performance of U.S. Government Contract Number  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 ,

became a surety for the complete and successful performance of said contract, and Whereas said

surety has placed certain personal property in escrow

in Account Number  (11398-002 Inmate #)/ 3:04-CR-00090-LC on deposit

CASE NUMBER

at  Coleman United States Penitentiary #2
(Name of Financial Institution)

located at  846 N.E. 54th Terrace, Coleman, Florida 33521 , and
(Address of Financial Institution)

Whereas I,  Samuel Roy Abram , being a duly authorized

representative of the United States government as a warranted contracting officer, have determined

that retention in escrow of the following property is no longer required to ensure further performance

of the said Government contract or satisfaction of claims arising therefrom:

See CRIMINAL CASE # 3:04-CR-00090-LC

See Standard Form 28 AFFIDAVIT OF INDIVIDUAL SURETY (Attached)

See Optional Form 90 RELEASE OF LEIN ON REAL PROPERTY (Attached)

and

Whereas the surety remains liable to the United States Government for the continued performance of the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases from escrow the property listed above, and directs the custodian of the aforementioned escrow account to deliver the listed property to the surety. If the listed property comprises the whole of the property placed in escrow in the aforementioned escrow account, the Government further directs the custodian to close the account and to return all property therein to the surety, along with any interest accruing which remains after the deduction of any fees lawfully owed to

Coleman United States Penitentiary # 2 .
(Name of Financial Institution)

[Date]  November 11, 2011      [Signature]  Samuel Abram

               Seal

OPTIONAL FORM 91
Prescribed by GSA-FAR (48 CFR) 53.228(o)

| AFFIDAVIT OF INDIVIDUAL SURETY<br>*(See instructions on reverse)* | OMB No.:  9000-0001 |
|---|---|

Public reporting burden for this collection of information is estimated to average 3 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Regulatory Secretariat (MVA), Office of Acquisition Policy, GSA, Washington, DC 20405.

STATE OF  **Florida**

COUNTY OF  **Sumter**     SS.

I, the undersigned, being duly sworn, depose and say that I am:  (1) the surety to the attached bond(s); (2) a citizen of the United States; and of full age and legally competent. I also depose and say that, concerning any stocks or bonds included in the assets listed below, that there are no restrictions on the resale of these securities pursuant to the registration provisions of Section 5 of the Securities Act of 1933. I recognize that statements contained herein concern a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious or fraudulent statement may render the maker subject to prosecution under Title 18, United States Code Sections 1001 and 494. This affidavit is made to induce the United States of America to accept me as surety on the attached bond.

| 1. NAME *(First, Middle, Last) (Type or Print)*<br><br>**SAMUEL ROY ABRAM** | 2. HOME ADDRESS *(Number, Street, City, State, ZIP Code)*<br>**846 N.E. 54th Terrace**<br>**Coleman, Florida 33521** |
|---|---|
| 3. TYPE AND DURATION OF OCCUPATION<br><br>**SURETY / LIFETIME** | 4. NAME AND ADDRESS OF EMPLOYER *(If Self-employed, so State)*<br>**846 N.E. 54th Terrace**<br>**Coleman, Florida 33521** |
| 5. NAME AND ADDRESS OF INDIVIDUAL SURETY BROKER USED *(If any)*<br>*(Number, Street, City, State, ZIP Code)*<br><br>**DEPOSITORY TRUST COMPANY**<br>**55 WATER STREET, NEW YORK, NY 10041-0099** | 6. TELEPHONE NUMBER<br>HOME -<br><br>BUSINESS - **352-689-7221** |

7. THE FOLLOWING IS A TRUE REPRESENTATION OF THE ASSETS I HAVE PLEDGED TO THE UNITED STATES IN SUPPORT OF THE ATTACHED BOND:

(a) Real estate *(Include a legal description, street address and other identifying description; the market value; attach supporting certified documents including recorded lien; evidence of title and the current tax assessment of the property. For market value approach, also provide a current appraisal.)*

see CRIMINAL CASE #3:04CR90, Birth Certificate # 1977--18309
see JUDGEMENT IN CRIMINAL CASE #3:04CR90-001LAC, INMATE #11398-002
see Optional Form 90 RELEASE OF LIEN (attached)
see Optional Form 91 PERSONAL PROPERTY FROM ESCROW (attached)
see Standard Form 24 BID BOND, 25 PERFORMANCE BOND, 25A PAYMENT BOND (attached)

(b) Assets other than real estate *(describe the assets, the details of the escrow account, and attach certified evidence thereof).*

8. IDENTIFY ALL MORTGAGES, LIENS, JUDGEMENTS, OR ANY OTHER ENCUMBRANCES INVOLVING SUBJECT ASSETS INCLUDING REAL ESTATE TAXES DUE AND PAYABLE.

SAME INFORMATION IN 7(a)

9. IDENTIFY ALL BONDS, INCLUDING BID GUARANTEES, FOR WHICH THE SUBJECT ASSETS HAVE BEEN PLEDGED WITHIN 3 YEARS PRIOR TO THE DATE OF EXECUTION OF THIS AFFIDAVIT.  see the following attachments... Birth Certificate #1977-18309, Criminal Case #3:04CR90, Judgement in Criminal Case #3:04CR90-001LAC, Inmate #11398-002, Optional Form 90, Optional Form 91, Standard Form 28

| DOCUMENTATION OF THE PLEDGED ASSET MUST BE ATTACHED. | | |
|---|---|---|
| 10. SIGNATURE | 11. BOND AND CONTRACT TO WHICH THIS AFFIDAVIT RELATES *(Where appropriate)*  OPTIONAL FORM 90, OPTIONAL FORM 91 & others used | |

| 12. SUBSCRIBED AND SWORN TO BEFORE ME AS FOLLOWS: | | |
|---|---|---|
| a. DATE OATH ADMINISTERED<br>MONTH   DAY   YEAR | b. CITY AND STATE *(or other jurisdiction)*<br>NORTHERN DIST. FLA.<br>PENSACOLA. FLA. | |
| c. NAME AND TITLE OF OFFICIAL ADMINISTERING OATH *(Type or print)* | d. SIGNATURE<br>11 MAY 18  AM 10: 29 | e. MY COMMISSION EXPIRES |
| | | Official Seal |

| AUTHORIZED FOR LOCAL REPRODUCTION<br>Previous edition is not usable | *Amel* | STANDARD FORM 28 (REV. 6/2003)<br>Prescribed by GSA-FAR (48 CFR) 53.228(e) |
|---|---|---|

RECEIVED




CERTIFICATION OF VITAL RECORD

# STATE OF MARYLAND
### Department of Health and Mental Hygiene
### Division of Vital Records
## CERTIFICATE OF LIVE BIRTH

STATE FILE NUMBER: 1977 18309

NAME: SAMUEL      ROY ABRAM V                    SEX:   MALE

DATE OF BIRTH:   MAY 6, 1977                     WEIGHT: ***********

PLACE OF BIRTH:  PRINCE GEORGES                  TIME:    :   M

MOTHER'S NAME PRIOR TO FIRST MARRIAGE:           AGE:   29
    BEVERLY JONES

MOTHER'S PLACE OF BIRTH: **************

NAME OF FATHER:  SAMUEL    ROY ABRAM IV          AGE:    25

FATHER'S PLACE OF BIRTH: **************

DATE RECORD FILED:  MAY 12, 1977

DATE ISSUED:      JUNE 26, 2008

0897668

I HEREBY CERTIFY THAT THIS DOCUMENT IS
A TRUE COPY OF A RECORD ON FILE IN THE
DIVISION OF VITAL RECORDS.

*Geneva D. Sparks*

STATE REGISTRAR

DO NOT ACCEPT UNLESS ON SECURITY PAPER WITH SEAL
OF VITAL RECORDS CLEARLY EMBOSSED.

Certificate of Service

I do hereby and Attest that a complete copy of the contents were sent to Stephen P. Preisser on this day the 15th of the month of December in the year of 2011 of our Lord and Saviour.

Signature

(X) First Class mail
( ) Overnight
( ) Facsimile
( ) Courier